# Apply for the withdrawal of the lawsuit and the cancellation of the temporary restraining order

FILED
12/20/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JC

My name is Shenlu Sirui, and I am from China.

I have recently received a lawsuit from Greer, Burns & Crain, Case No. 23-cv-14324. I am the owner of FunnyToysUS on TEMU.COM, listed as the 106th entry on the list of defendants they provided. My corresponding email is 93621538@qq.com, and they have also frozen $8.5 in my PayPal account associated with 93621538@qq.com.

According to Rule 4(f)(1) of the U.S. Federal Rules of Civil Procedure, serving relevant documents to the defendant in accordance with the Hague Service Convention is a fundamental right of the defendant. When dealing with foreign individuals, the method of 'service' must comply with international agreements, and in this case, it should adhere to local laws and international agreements. Regarding 'service,' the only convention between China and the United States is the Hague Service Convention. In Article 10 of the Hague Service Convention, China has made a clear objection. Therefore, Greer, Burns & Crain's claim to serve documents under Rule 4(f)(3) does not apply to a defendant of Chinese nationality. Please refer to the statement at https://assets.hcch.net/docs/6365f76b-22b3-4bac-82ea-395bf75b2254.pdf. The following is a screenshot of the relevant content.



| | Contracting Parties | Art. 8(2) | Art. 10 | | | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | | |
| 18. | Canada | No opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of judgment, except in exceptional cases determined by the rules of the Court seized of the matter |
| 19. | China, People's Republic of | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| | China (Hong Kong) | Opposition | No opposition | Additional information | Additional information | No declaration of applicability | No declaration |
| | China (Macao) | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| 20. | Colombia | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| 21. | Costa Rica | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |

I have emailed Greer, Burns & Crain twice to inform them of my address, and they have responded to my email sent on December 12, 2023, at 8:16 PM, confirming receipt of my inquiries. The screenshot below shows their response to this email. However, despite this, I have not received any documents from them that comply with the Hague Service Convention.



Therefore, I am applying to the court to withdraw the lawsuit against me and to lift the Temporary Restraining Order on my paypal account with 93621538@qq.com. Thank you for your attention to this matter.

Shenlu Sirui, from China

2023-12-16